Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

Southern Division

|  |  |
|---|---|
| Joseph A. Sikora <br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> **-v-** <br><br> Internal Revenue Service <br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case:2:19-cv-12608
Judge: Hood, Denise Page
MJ: Grand, David R.
Filed: 09-05-2019 At 02:29 PM
CMP SIKORA v INTERNAL REVENUE SERVICE (sk)

## COMPLAINT AND REQUEST FOR INJUNCTION

I.   **The Parties to This Complaint**

A.   **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Joseph A. Sikora |
| Street Address | 19615 Bethel Church |
| City and County | Manchester, Washtenaw County |
| State and Zip Code | Michigan, 48158 |
| Telephone Number | 517-554-0745 |
| E-mail Address | jajasikora@gmail.com |

B.   **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

    Name                                                Internal Revenue Service

    Job or Title *(if known)*        Campus Collection, Andover Withholding Compliance Unit

    Street Address                 310 Lowell Street, stop 837

    City and County             Andover, Essex County

    State and Zip Code         MA, 01810

    Telephone Number         1-855-839-2235

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be
heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the
parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties
is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of
another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a
diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question                       ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that
are at issue in this case.

5th & 14th Amendments to the U.S. Constitution, Enoch v. Williams Pack. & Nav. Co.,370 U.S. 1; 82
Sup. Ct. 1128(1962),Thornton v. U.S., 493 f.2d 164(3rd Cir. 1974), Reisman v. Caplin, 375 U.S. 440
(1964), Long v. IRS, 693 F.2d 907, 910 (9th Cir. 1982), Brushaber v. Union Pacific R.R., 240 U.S. 1
(1916), Flint v. Stone Tracy Co., 220 U.S. 107 (1911), Redfield v. Fisher, 135 Or.180, 292, P. 813, 819
(Ore. 1930), Cary v. Bellingham, 41 Wn.2d 468, 250 P.2d 114 (1952), Jack Cole v. MacFarland, 337
S.W.2d 453, 455-56 (Tenn. 1960), 28 U.S.C. ch. 85 sec.;1331, 1340, 1343, 42 U.S.C. ch. 21 sec.;1983,
1985, 26 U.S.C. sec.;61, 83(a), 18 U.S.C. ch. 31 sec.641, 18 U.S.C. sec.241, 18 U.S.C. ch. 63 sec.1341

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)*   Joseph A. Sikora _____ , is a citizen of the
State of *(name)*   Michigan _____ .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____ , is incorporated
under the laws of the State of *(name)* _____ ,
and has its principal place of business in the State of *(name)*

_____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the
same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____ , is a citizen of

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

    b.    If the defendant is a corporation

The defendant, *(name)*   Internal Revenue Service   , is incorporated under

the laws of the State of *(name)*   Washington D.C.   , and has its

principal place of business in the State of *(name)*   Washington D.C.   .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

the compulsory distraint of the plaintiff's income will cause; irreparable damages to his ability to maintain a reasonable lifestyle, Maintain his Homestead/ place of residence, furthermore, put plaintiff's ability to maintain his employement in certain jeopardy

## III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

Plaintiff's place of employement; Ford Motor Company, Dearborn Truck Final Assembly Plant, 3001 Miller Rd. Dearborn, MI 48120

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

January 6th 2019 to present

C.    What are the facts underlying your claim(s)?  *(For example: What happened to you?  Who did what?*
      *Was anyone else involved?  Who else saw what happened?)*

Plaintiff's Federal Income Tax Withholdings amount was increased by the IRS, WITHOUT;
plaintiff's permission,
the use of a form W4,
a Hearing,
an Assessment,
nor a signed court order from a Judge of competent jurisdiction.
Numerous attempts to correct the Federal Income Tax Withholdings at the employer (Ford Motor
Company) have been made, a call to the Internal Revenue Service Withholding Compliance Unit
requesting a release from the 2800C "Lock In" letter issued by them, was denied and a request was
issued by plaintiff for the reason a hearing was never called for (in copy), nor an assessment done
before the issuance of the "Lock In" letter, Grace Caso emplyee # 173964 cited the Treasury
Regulations used to force the wrongful increase of the Withholdings

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you
sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation
could not be measured.

Plaintiff; is at a financial deficit due to the compulsory distraint of his income/wages, at risk of loosing his
assests that cannot be replaced at present value on a later date; homestead/ place of residence, vehicle, job, and
reasonable expectation of maintaining a lifestyle here onto

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal
arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages.

Page 5 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

A request for an immediate injunction upon the wrongful withholdings on Plaintiff's paycheck/ income/ wages, a return of the Federal Income Tax Withholdings to the last signed W4 by Plaintiff entered at the employer (Ford Motor Company), a return of the sum of wrongfully collected income from the IRS at the rate of $850 a month starting from January 2019 added up until the point of injunction should occur, further more, punitive damages in the amount of $1.5 million shall be claimed for recompense due to the lack of ability to use the funds not available from this wrongful action on the ability to maintain a reasonable expectation of a lifestyle and potential loss of employement from this process

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     Sept. 5, 2019

Signature of Plaintiff     _Joseph A. Sikora_

Printed Name of Plaintiff     JOSEPH A. SIKORA

### B.    For Attorneys

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Street Address     _____

State and Zip Code     _____

Telephone Number     _____

Page 6 of 6

JS 44 (Rev. 02/19)

# CIVIL COVER

Case:2:19-cv-12608
Judge: Hood, Denise Page
MJ: Grand, David R.
Filed: 09-05-2019 At 02:29 PM
CMP SIKORA v INTERNAL REVENUE SERVI
CE (sk)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement
provided by local rules of court. This form, approved by the Judicial Conference of the Unite
purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FOR*

## I. (a) PLAINTIFFS
Joseph A. Sikora

**(b)** County of Residence of First Listed Plaintiff   Washtenaw County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Essex County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
Plaintiff

☐ 3  Federal Question
*(U.S. Government Not a Party)*

☒ 2  U.S. Government
Defendant

☐ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
Another District
*(specify)*

☐ 6 Multidistrict
Litigation -
Transfer

☐ 8 Multidistrict
Litigation -
Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
5th & 14th Amend,42US ch.21 sec;1983,1985, 26US sec;61,83a, 18US; sec.241, ch.31 sec.641, ch.63 sec.1341
Brief description of cause:
deprivation of rights; fraud leading to extortion

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $
1,500,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE

DOCKET NUMBER

DATE   SEPT. 5, 2019

SIGNATURE OF ATTORNEY OF RECORD
*Joseph A. Sikora* PRO SE

**FOR OFFICE USE ONLY**

RECEIPT #        AMOUNT        APPLYING IFP        JUDGE        MAG. JUDGE

**Sikora, Joseph (J.A.)**

1 of 1

| | |
|---|---|
| **From:** | Deducts, P (P.) |
| **Sent:** | Monday, August 12, 2019 5:07 AM |
| **To:** | Sikora, Joseph (J.A.) |
| **Subject:** | FW: Federal Withholding Change |
| **Attachments:** | IRS Letter for Sikora.pdf |

Exb #1

Good Morning,
Please find the below request from our payroll specialist.

"Hello Mr. Sikora – Please refer to the attached letter from the IRS. The IRS gave us the directive for changing your tax status The W4 form was not used to change your tax status. As mentioned previously, this issue is between you and the IRS, not Ford Motor Company. Please give the IRS a call at (855) 839-2235"

Thank you.
--------------------------------------------------------------------------------------------------------------------------
CLEMENT ELISHA . S
US Payroll Analyst
Email: pdeducts@ford.com
Ford Net: 44285

<ins>Confidentiality Note</ins>: This electronic message contains information which may be confidential, legally privileged or otherwise protected from disclosure. This information is intended for the use of the addressee only. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, printing or any other use or any action in reliance of this electronic message is strictly prohibited. If you have received this communication in error, please notify the sender and destroy the original message.

<ins>Security Caveat</ins>: Please be aware that your response to this specific email may not be secure. Do not use Internet browser associated email to send us communications which contain unencrypted confidential information (such as Bank account numbers, Credit card numbers or Social security numbers) as the integrity and security of the message cannot be guaranteed over the internet. If this type of information is contained in your email, it must be submitted using a secure format. Repeated failure to send confidential or sensitive information without encryption may result in rejection.
--------------------------------------------------------------------------------------------------------------------------

**From:** Sikora, Joseph (J.A.)
**Sent:** Thursday, August 01, 2019 1:04 PM
**To:** Deducts, P (P.) <pdeducts@ford.com>
**Subject:** RE: Federal Withholding Change

Elisha, what is the status to my inquiry relating to my withholdings being changed without my permission ?

**From:** Deducts, P (P.) <pdeducts@ford.com>
**Sent:** Wednesday, June 19, 2019 11:34 AM
**To:** Sikora, Joseph (J.A.) <JSIKORA4@ford.com>
**Subject:** RE: Federal Withholding Change

Hello,

We have forwarded your query to our specialist. We request you to allow additional 2-3 business day for them to research on the same and provide you the needed clarification and assistance in this regard.

Thank you.
--------------------------------------------------------------------------------------------------------------------------
CLEMENT ELISHA . S
US Payroll Analyst

1

1 of 3



**IRS** Department of the Treasury
Internal Revenue Service

PO Box 149338 St 5501
Austin  TX  78714-9338

In reply refer to:  0866000000
Nov. 01, 2018  LTR 2800C  W2
━━━━━━━━  000000 00
00089124
BODC: NOBOD

Exb #2

FORD MOTOR COMPANY
ONE AMERICAN ROAD STE 727E2
DEARBORN  MI  48126-2701

043799

Employer identification number: 38-0549190
Employee: JOSEPH A SIKORA
Social security number: ━━━━━━
Form W-4

Dear FORD MOTOR COMPANY

NO EMPLOYER RESPONSE TO IRS REQUIRED

WHY WE ARE WRITING TO YOU

Our records show your employee, named above, may not be entitled to
claim exempt status or more than a specified number of withholding
allowances on Form W-4, Employee's Withholding Allowance Certificate.
Therefore, your employee was selected for the Withholding Compliance
Program. This is a "lock-in" letter that specifies the withholding
rate and maximum number of withholding allowances permitted for the
employee.

WHAT YOU NEED TO DO?

You must begin withholding income tax from this employee's wages based
on the following withholding rates and allowances effective on the
first pay period after Dec. 31, 2018:

Withholding rate (marital status): single
Withholding allowances:  0000

DON'T ADJUST WITHHOLDING PRIOR TO THE DATE SHOWN ABOVE

This time period will provide your employee with an opportunity to
dispute our determination before you adjust the withholding.

Don't honor any current or new Form W-4 from this employee UNLESS it
results in MORE income tax withheld than the withholding rate and
allowances listed above.

If the employee is working for you as of the date of this letter, you
must provide the employee the enclosed "Employee's Copy" within 10
business days of receipt. (This 10-day timeframe refers to the
employee's copy only. Please see the above effective date to start
withholding the new withholding rate and allowances for the employee.)
You can follow any reasonable business practice to furnish the

```
                                        0866000000
             Nov. 01, 2018  LTR 2800C  W2
      █████████████  000000 00
                                   00089125
```

FORD MOTOR COMPANY
ONE AMERICAN ROAD STE 727E2
DEARBORN  MI  48126-2701

"Employee's Copy" to the employee.

                        For Internal Use Only █████████████

If the employee named above isn't currently performing services for
you, you must still withhold based on this letter and give the
attached Employee's Copy of this letter to the employee if:

   - You will be paying wages subject to income tax withholding on or
     after the first pay period ending Dec. 31, 2018; OR
   - You reasonably expect the employee to resume services for you
     within twelve (12) months from the date of this letter; OR
   - The employee is on a bona fide leave of absence that doesn't
     exceed twelve (12) months; OR
   - The employee has a right to reemployment by law or under
     contract.

WHAT TO DO IF THE EMPLOYEE NO LONGER WORKS FOR YOU

No action is required at this time. If the employee returns to work
within twelve months, you must begin withholding income tax from the
employee's wages based on the withholding rate stated in this letter.

     THE LAW SUPPORT THESE ACTIONS

Internal Revenue Code (IRC) Section 3402 requires employers to
withhold federal income tax. Under section 31.3402(f)(2)-1(g)(2) of
the employment tax regulations, we may issue this letter to notify
you that your employee isn't entitled to claim exempt status or claim
more than the maximum number of withholding allowances shown above.

Under IRC Section 3403, every employer required to withhold federal
income tax is liable for the payment of such tax. If you don't
withhold federal income tax from your employee as instructed in this
letter, you will be liable for paying the additional tax required to
be withheld.

IRC Section 3403 also states that the employer shall not be liable
to any person for the amount of any such payment. Thus, your employee
doesn't have a "cause of action" (basis for legal action) against
you to recover the amount of income tax withheld and/or prevent you
from withholding the amount directed by IRS.

```
                                                    0866000000
                            Nov. 01, 2018  LTR 2800C  W2
                            ████████  000000 00
                                                    00089126
```

FORD MOTOR COMPANY
ONE AMERICAN ROAD STE 727E2
DEARBORN  MI  48126-2701



043799

For Internal Use Only 

WHERE YOU CAN FIND ADDITIONAL INFORMATION

- Visit our website at www.irs.gov and search keyword "withholding
  compliance."
- Publication 15 (Circular E), Employer's Tax Guide
- Publication 51 (Circular A), Agricultural Employer's Tax Guide.
- For tax forms, instructions and publications, visit www.irs.gov or
  call 1-800-TAX-FORM (1-800-829-3676).

- AGAIN, NO EMPLOYER RESPONSE TO IRS REQUIRED

HOWEVER, IF YOU NEED TO CONTACT THE WITHHOLDING COMPLIANCE UNIT

You can contact the Withholding Compliance unit by:

- Calling 1-855-839-2235           weekdays between 8 a.m. and
  5 p.m.; or
- Sending a fax to 855-202-8300; or
- Writing to the address listed below:

      Internal Revenue Service
      Campus Collection, Andover
      Withholding Compliance Unit
      310 Lowell Street, Stop 837
      Andover, MA 01810

If you contact us, give us your telephone number with the hours
we can reach you in case we need more information.

Keep a copy of this letter for your records.

 **Ford**

VERIFY NAME,TAX ENTITIES,FILING STATUS ARE CORRECT FOR 2018 W-2 REPORTING. NAME ON PAYSTUB SHOULD MATCH SOCIAL SECURITY RECORDS.SEE YOUR PAYROLL COORDINATOR FOR CHANGES.IN JANUARY 2019,W-2S WILL BE MAILED TO ADDRESS OF RECORD AS OF 12/16/18.

1 of 4

Ford Motor Company
One American Road
Dearborn, MI 48126

STATEMENT OF EARNINGS AND DEDUCTIONS          CHECK NUMBER : 57616621

EX6 #3

| SOC. SEC. NUMBER | NAME | LOCATION / DEPT NO | START PAY | PAY ENDING |
|---|---|---|---|---|
| ▓▓▓▓▓ | SIKORA,JOSEPH A | 1800    5750 | 2019-01-07 | 2019-01-13 |

| EARNINGS / ADJUSTMENTS | | | DEDUCTIONS / REFUNDS | | | REM BAL / |
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | AMOUNT | DESCRIPTION | AMOUNT | YTD | MISC CODES |
| STRAIGHT TIME | 34.50 | 1201.98 | FICA | 91.09 | 641.69 | |
| OVERTIME PREM | 7.25 | 252.59 | MEDICARE | 21.30 | 150.07 | |
| SEVEN DAY | | 14.61 | FEDERAL | 214.28 | 1997.96 | S 00 |
| TOTAL GROSS | | 1469.18 | MICHIGAN | 56.29 | 420.74 | 01 |
| | | | UNION DUES | | 87.10 | |
| TESPHE PRE-TAX | | 60.10 | DIRECT DEPOSIT | 1026.12 | | |
| ADJ TAXABLE GROSS | | 1409.08 | TOTAL DEDUCTIONS | 1409.08 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| SUB WEEK BALANCE | | 26.00 | | | | |
| FAMILY DAY HOURS AVAIL | | 24.00 | | | | |
| FAMILY DAY HOURS TAKEN | | 0.00 | | | | |
| YTD PRETAX SSIP/TESP | | 211.65 | | | | |
| YTD FEDERAL W2 GROSS | | 10138.13 | NET PAY | 0.00 | | |

FOR DEPOSIT ON 01-18-2019

INSURANCE CODE - XX

| VACATION BALANCES | | HOURLY RATES | |
|---|---|---|---|
| DESCRIPTION | HOURS | DESCRIPTION | AMOUNT |
| REGULAR PAID | 6 | BASE | 34.840 |
| EXC ABS PAID | 7 | WAGE PRG CTR | 156.000 |
| PRORATA PAID | 0 | | |
| REGULAR DUE     D | 74 | | |
| EXC ABS DUE | 33 | | |



VERIFY NAME,TAX ENTITIES,FILING STATUS ARE CORRECT FOR 2018 W-2 REPORTING. NAME ON PAYSTUB SHOULD MATCH SOCIAL SECURITY RECORDS.SEE YOUR PAYROLL COORDINATOR FOR CHANGES.IN JANUARY 2019,W-2S WILL BE MAILED TO ADDRESS OF RECORD AS OF 12/16/18.

2 of 4

Ford Motor Company
One American Road
Dearborn, MI 48126

STATEMENT OF EARNINGS AND DEDUCTIONS          CHECK NUMBER : 57538826

| SOC. SEC. NUMBER | NAME SIKORA,JOSEPH A | LOCATION / DEPT NO 1800   5750 | START PAY 2018-12-31 | PAY ENDING 2019-01-06 |
|---|---|---|---|---|

| EARNINGS / ADJUSTMENTS | | | DEDUCTIONS / REFUNDS | | | REM BAL / MISC CODES |
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | AMOUNT | DESCRIPTION | AMOUNT | YTD | |
| STRAIGHT TIME | 39.00 | 1358.76 | FICA | 173.45 | 550.60 | |
| OVERTIME PREM | 17.50 | 609.70 | MEDICARE | 40.57 | 128.77 | |
| HOLIDAY | 23.00 | 809.37 | FEDERAL | 525.14 | 1783.68 | S 00 |
| SEVEN DAY | | 19.78 | MICHIGAN | 112.67 | 364.45 | 01 |
| TOTAL GROSS | | 2797.61 | UNION DUES | 87.10 | 87.10 | |
| | | | DIRECT DEPOSIT | 1789.00 | | |
| TESPHE PRE-TAX | | 69.68 | TOTAL DEDUCTIONS | 2727.93 | | |
| ADJ TAXABLE GROSS | | 2727.93 | | | | |
| SUB WEEK BALANCE | | 26.00 | | | | |
| FAMILY DAY HOURS AVAIL | | 24.00 | | | | |
| FAMILY DAY HOURS TAKEN | | 0.00 | | | | |
| YTD PRETAX SSIP/TESP | | 151.55 | | | | |
| YTD FEDERAL W2 GROSS | | 8729.05 | NET PAY | 0.00 | | |

FOR DEPOSIT ON  01-11-2019

INSURANCE CODE - XX

| VACATION BALANCES | | HOURLY RATES | |
|---|---|---|---|
| DESCRIPTION | HOURS | DESCRIPTION | AMOUNT |
| REGULAR PAID | 6 | BASE | 34.840 |
| EXC ABS PAID | 7 | WAGE PRG CTR | 156.000 |
| PRORATA PAID | 0 | | |
| REGULAR DUE     D | 74 | | |
| EXC ABS DUE | 33 | | |



VERIFY NAME,TAX ENTITIES,FILING STATUS ARE CORRECT FOR 2018 W-2 REPORTING. NAME
ON PAYSTUB SHOULD MATCH SOCIAL SECURITY RECORDS.SEE YOUR PAYROLL COORDINATOR FOR
CHANGES.IN JANUARY 2019,W-2S WILL BE MAILED TO ADDRESS OF RECORD AS OF 12/16/18.

3 of 4

Ford Motor Company
One American Road
Dearborn, MI 48126

STATEMENT OF EARNINGS AND DEDUCTIONS          CHECK NUMBER : 57481884

| SOC. SEC. NUMBER | NAME | | LOCATION / DEPT NO | | START PAY | PAY ENDING |
|---|---|---|---|---|---|---|
| ▬▬▬▬▬ | SIKORA,JOSEPH A | | 1800     5750 | | 2018-12-24 | 2018-12-30 |

| EARNINGS / ADJUSTMENTS | | | DEDUCTIONS / REFUNDS | | | REM BAL / MISC CODES |
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | AMOUNT | DESCRIPTION | AMOUNT | YTD | |
| STRAIGHT TIME | 67.00 | 2334.28 | FICA | 377.15 | 377.15 | |
| OVERTIME PREM | 55.00 | 1916.20 | MEDICARE | 88.20 | 88.20 | |
| SHIFT PREMIUM | 3.90 | 135.88 | FEDERAL | 1258.54 | 1258.54 | S 12 |
| HOLIDAY | 40.00 | 1407.60 | MICHIGAN | 251.78 | 251.78 | 01 |
| SEVEN DAY | | 42.70 | DIRECT DEPOSIT | 4025.45 | | |
| EXCUSED ABS. | 7.00 | 246.33 | TOTAL DEDUCTIONS | 6001.12 | | |
| TOTAL GROSS | | 6082.99 | | | | |
| | | | | | | |
| TESPHE PRE-TAX | | 81.87 | | | | |
| ADJ TAXABLE GROSS | | 6001.12 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| SUB WEEK BALANCE | | 26.00 | | | | |
| FAMILY DAY HOURS AVAIL | | 24.00 | | | | |
| FAMILY DAY HOURS TAKEN | | 0.00 | | | | |
| YTD PRETAX SSIP/TESP | | 81.87 | | | | |
| YTD FEDERAL W2 GROSS | | 6001.12 | NET PAY | | 0.00 | |

FOR DEPOSIT ON  01-04-2019

INSURANCE CODE - XX

| VACATION BALANCES | | HOURLY RATES | |
|---|---|---|---|
| DESCRIPTION | HOURS | DESCRIPTION | AMOUNT |
| REGULAR PAID | 6 | BASE | |
| | | | 34.840 |
| EXC ABS PAID | 7 | WAGE PRG CTR | |
| | | | 156.000 |
| PRORATA PAID | 0 | | |
| REGULAR DUE     D | 74 | | |
| EXC ABS DUE | 33 | | |



VERIFY NAME,TAX ENTITIES,FILING STATUS ARE CORRECT FOR 2018 W-2 REPORTING. NAME ON PAYSTUB SHOULD MATCH SOCIAL SECURITY RECORDS.SEE YOUR PAYROLL COORDINATOR FOR CHANGES.IN JANUARY 2019,W-2S WILL BE MAILED TO ADDRESS OF RECORD AS OF 12/16/18.

4 of 4

Ford Motor Company
One American Road
Dearborn, MI 48126

STATEMENT OF EARNINGS AND DEDUCTIONS     CHECK NUMBER : 57428150

| SOC. SEC. NUMBER | NAME | LOCATION / DEPT NO | | START PAY | PAY ENDING |
|---|---|---|---|---|---|
| | SIKORA,JOSEPH A | 1800    5750 | | 2018-12-17 | 2018-12-23 |

| EARNINGS / ADJUSTMENTS | | | DEDUCTIONS / REFUNDS | | | REM BAL / MISC CODES |
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | AMOUNT | DESCRIPTION | AMOUNT | YTD | |
| STRAIGHT TIME | 57.50 | 2003.30 | FICA | 157.09 | 6675.33 | |
| OVERTIME PREM | 14.50 | 505.18 | MEDICARE | 36.74 | 1561.17 | |
| SEVEN DAY | | 25.20 | FEDERAL | 237.65 | 8566.27 | S 12 |
| TOTAL GROSS | | 2533.68 | MICHIGAN | 101.45 | 4279.43 | 01 |
| | | | UNION DUES | | 1227.46 | |
| TESPHE PRE-TAX | | 69.68 | DIRECT DEPOSIT | 1931.07 | | |
| ADJ TAXABLE GROSS | | 2464.00 | TOTAL DEDUCTIONS | 2464.00 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| SUB WEEK BALANCE | | 26.00 | | | | |
| FAMILY DAY HOURS AVAIL | | 24.00 | | | | |
| FAMILY DAY HOURS TAKEN | | 0.00 | | | | |
| YTD PRETAX SSIP/TESP | | 2976.29 | | | | |
| YTD FEDERAL W2 GROSS | | 104690.29 | NET PAY | 0.00 | | |

FOR DEPOSIT ON  12-28-2018

INSURANCE CODE - XX

| VACATION BALANCES | | HOURLY RATES | |
|---|---|---|---|
| DESCRIPTION | HOURS | DESCRIPTION | AMOUNT |
| REGULAR PAID | 6 | BASE | 34.840 |
| EXC ABS PAID | 0 | WAGE PRG CTR | 156.000 |
| PRORATA PAID | 0 | | |
| REGULAR DUE    D | 74 | | |
| EXC ABS DUE | 40 | | |



**IRS** Department of the Treasury
Internal Revenue Service

PO Box 149338 St 5501
Austin  TX  78714-9338

In reply refer to:  0866000000
Nov. 01, 2018  LTR 2801C  W3
                  000000 00
                        00287865
BODC: NOBOD

*Exb #4*

JOSEPH A SIKORA
19615 BETHEL CHURCH RD
MANCHESTER  MI  48158-8721

043909

Social security number:
Employer: FORD MOTOR COMPANY
Employer identification number: 38-0549190

Dear JOSEPH A SIKORA

WHY WE ARE WRITING TO YOU

Generally, the amount your employer withholds for federal income tax
is based on your Form W-4, Employee's Withholding Allowance
Certificate. However, the IRS may review whether you are entitled to
claim exempt status or a certain number of withholding allowances.

We determined you aren't entitled to claim exempt status or more than
a specified number of withholding allowances; therefore, you were
selected for the Withholding Compliance Program.

INSTRUCTIONS WE GAVE YOUR EMPLOYER(S)

We sent your employer a "lock-in letter" instructing your employer to
begin withholding income tax from your wages based on the following
withholding rate (marital status) and allowances:

             Withholding Rate (Marital Status): single
                  Withholding Allowances: 0000

We also instructed your employer(s) not to honor your current Form W-4
or a new Form W-4 from you, UNLESS it results in MORE withholding than
at the withholding rate and withholding allowances listed above.

WHAT THIS CHANGE MEANS FOR YOU

This change in your withholding rate (marital status) and/or
withholding allowances will increase the amount of tax withheld from
your wages.

IF YOU DON'T AGREE

- You can request a review of our determination. You can call us at
  the number listed below within 30 days from the date of this letter.
  We will consider your explanation why you are entitled to a
  different withholding rate and/or number of withholding allowances
  (or exempt status). If you file jointly, we will need to determine

```
                                                       0866000000
                               Nov. 01, 2018  LTR 2801C  W3
                                          000000 00
                                                    00287867
```

JOSEPH A SIKORA
19615 BETHEL CHURCH RD
MANCHESTER  MI  48158-8721



043909

HOW YOU CAN BE RELEASED FROM THE WITHHOLDING COMPLIANCE PROGRAM

You must continue to file returns and pay your tax due. If you timely
meet all your filing and payment obligations for three consecutive
years, you can request that we release you from the Withholding
Compliance Program.

WHERE YOU CAN FIND ADDITIONAL INFORMATION

- Visit our website at www.irs.gov and search keyword
  "withholding compliance."
- Publication 505, Tax Withholding and Estimated Tax
- For tax forms, instructions and publications, visit
  www.irs.gov or call 800-TAX-FORM (800-829-3676).

HOW TO CONTACT THE WITHHOLDING COMPLIANCE UNIT

You can call the Withholding Compliance Unit, weekdays between 8 a.m.
and 5 p.m. at 1-855-839-2235          .

You can send us the information by fax. Our fax number is
855-202-8300. Include a cover sheet with the following information:

Date:
Name:
Phone number and hours we can reach you:
Social security number:
Number of faxed pages:

You can write to us at the address listed below:

        Internal Revenue Service
        Campus Collection, Andover
        Withholding Compliance Unit
        310 Lowell Street, Stop 837
        Andover, MA 01810

When you write, include this letter and provide in the spaces below,
your telephone number and the hours we can reach you. Keep a copy of
this letter for your records.

Telephone Number (    )_____  Hours_____

 



Department of the Treasury
Internal Revenue Service
Fresno, CA 93888-0023

**IRS**

| Notice | CP59 |
|---|---|
| Tax Year | 2016 |
| Notice date | August 6, 2018 |
| Social Security number | XXX-XX-3900 |
| To contact us | 1-800-829-0922 |
| Your Caller ID | 981010 |
| Select code | 38 |
| Page 1 of 4 | 89H |

350951.875621.166157.26130 1 AB 0.408 954




JOSEPH A SIKORA
8715 SHARON HOLLOW RD
MANCHESTER MI 48158-8661

*Exb #5*

350951

Message about your 2016 Form 1040

# You didn't file a Form 1040 tax return

Our records show that you haven't filed your
tax return for the tax year ending on
December 31, 2016.

## What you need to do immediately

If you are required to file a tax return for 2016, please do so immediately.

- Complete and sign all required tax forms, include a payment for any taxes due, and
  mail us your return using the envelope provided.
- If you can't pay the amount due, pay as much as you can now and make payment
  arrangements that allow you to pay off the rest over time. Visit
  www.irs.gov/Payments for more information about:
  - Installment and payment agreements—download required forms or save time and
    money by applying online if you qualify
  - Automatic payment deductions from your bank account
  - Payroll deductions
  - Credit card payments
  Or, call us at 1-800-829-0922 to discuss your options.
- You risk losing your refund if you don't file your return. If you are due a refund for
  withholding or estimated taxes, you must file your return to claim it by April 15,
  2020 and any extension of time to file. The same rule applies to a right to claim tax
  credits such as the Earned Income Credit.

## Or if you don't think you had to file a tax return for 2016

Complete the Response form on Page 3 to indicate whether any of the circumstances
below apply to you. Send us the form in the enclosed envelope.
Indicate whether:

- You already filed a tax return for 2016 (if so, send us a signed and dated copy of the
  return along with your Response form).
- You don't think you are required to file for one of the reasons listed on Page 3.

Continued on back...



| Notice | CP59 |
|---|---|
| Tax Year | 2016 |
| Notice date | August 6, 2018 |
| Social Security number | XXX-XX-3900 |
| Page 2 of 4 | 89H |

## If we don't hear from you

- If you don't file a tax return, or dispute this notice if you feel you've received it in error, you may owe penalty and interest charges on the amount of tax due.
- You may continue to accrue penalties and interest charges on the amount of tax due.

## Next Steps

We will contact you again if:
- We need additional information or clarification about your tax return.
- We determine that you do need to file a tax return for 2016.

## Additional information

- Visit www.irs.gov/cp59
- For tax forms, instructions, and publications, visit www.irs.gov or call 1-800-TAX-FORM (1-800-829-3676).
- If you are outside the country and need assistance, please call 01-267-941-1000 (not a toll free number), or visit www.irs.gov.
- You may qualify for assistance from a professional tax assistant at a Low Income Taxpayer Clinic that provides help at little or no charge.  For additional information, download the Low Income Taxpayer Clinic List (Publication 4134) from www.irs.gov or call 1-800-829-3676 to request a copy.
- If you had a mortgage interest debt reduced or discharged due to restructuring or foreclosure, you may qualify for tax relief under the Mortgage Forgiveness Debt Relief Act.  For additional information, download Publication 4681, Canceled Debts, Foreclosures, Repossessions, and Abandonments, from www.irs.gov or call 1-800-829-3676.
- Keep this notice for your records.

If you need assistance, please don't hesitate to contact us.

**Fold Here**

# Response form

Complete both sides of this form and send it to us in the enclosed envelope. Be sure our address shows through the window.

## Provide your contact information

If your address has changed, please make the changes below.

JOSEPH A SIKORA
8715 SHARON HOLLOW RD
MANCHESTER MI 48158-8661

|  | ☐ a.m. |  |  | ☐ a.m. |
|---|---|---|---|---|
|  | ☐ p.m. |  |  | ☐ p.m. |
| Primary phone | Best time to call | Secondary phone | Best time to call |  |

1. **Indicate whether any of the following circumstances apply to you**



Department of the Treasury
Internal Revenue Service
PO BOX 24035
FRESNO CA 93779-4035

| Notice | CP518 |
|---|---|
| Tax Year | 2016 |
| Notice date | September 24, 2018 |
| Social Security number | XXX-XX-3900 |
| To contact us | 1-800-829-0922 |
| Select code | 38 |
| Page 1 of 6 | |

053385.889949.231314.27974 1 AB 0.408 926
ᵖᵖᵖᵖ|||||ᵖ|ᵖ|ᵖ|ᵖ||ᵖ|ᵖᵖᵖᵖ|ᵖ||ᵖ|ᵖᵖᵖ|ᵖ|ᵖᵖ|ᵖᵖ|ᵖ|ᵖ|ᵖ|ᵖᵖ|ᵖ|ᵖᵖ|



053385

JOSEPH A SIKORA
19615 BETHEL CHURCH RD
MANCHESTER MI 48158-8721150

We still haven't received your 2016 Form 1040

# You must file your 2016 tax return

We sent you previous notices asking you to file your Form 1040 for 2016. However, we still haven't received a response from you.

## What you need to do immediately

### File your 2016 tax return electronically or by mail

- Complete and sign your return, provide your current address, include a payment for any tax due, and mail it to us in the enclosed envelope.
- File electronically through an e-file provider (only available within 2 years of the original due date of the return).
- Pay online now at www.irs.gov/payments or mail a payment with your return.

If you can't pay the amount due, pay as much as you can now and make payment arrangements that allow you to pay off the rest over time. Review all of our payment options in the payment options section of this notice.

### If you think we made a mistake

Complete the enclosed Response form to tell us you already filed a return or why you think you don't have to file one. Mail your completed Response form to us in the enclosed envelope.

## If we don't hear from you

- We may determine your tax for you.
- Penalty and interest charges will accrue on any unpaid balance we determine you owe.
- You risk losing your refund if you don't file your return. If you are due a refund for withholding or estimated taxes, you must file your return to claim it by April 17, 2020, plus any extensions of time to file. The same rule applies to the right to claim tax credits such as the Earned Income Credit.
- If we owe you a refund for another tax year, your unfiled return may delay your refund payment from for the other year.



| Notice | CP518 |
|---|---|
| Tax Year | 2016 |
| Notice date | September 24, 2018 |
| Social Security number | XXX-XX-3900 |
| Select code | 38 |
| Page 2 of 6 | |

## Payment options

**Pay now electronically**

We offer free payment options to securely pay your tax bill directly from your checking or savings account. When you pay online or from your mobile device, you can:

- Receive instant confirmation of your payment
- Schedule payments in advance
- Modify or cancel a payment before the due date

You can also pay by debit or credit card for a small fee. To see all of our payment options, visit www.irs.gov/payments.

**Payment plans**

If you can't pay the full amount you owe, pay as much as you can now and make arrangements to pay your remaining balance. Visit www.irs.gov/paymentplan for more information on installment agreements and online payment agreements. You can also call us at 1-800-829-0922 to discuss your options.

**Offer in Compromise**

An offer in compromise allows you to settle your tax debt for less than the full amount you owe. If we accept your offer, you can pay with either a lump sum cash payment plan or periodic payment plan. To see if you qualify, use the Offer in Compromise Pre-Qualifier tool on our website. For more information, visit www.irs.gov/offers.

**Account balance and payment history**

For information on how to obtain your current account balance or payment history, go to www.irs.gov/balancedue.

If you already paid your balance in full within the past 21 days or made payment arrangements, please disregard this notice.

If you think we made a mistake, call 1-800-829-0922 to review your account.

## About your return

We received income information for your 2016 tax return.

## Income reported by others

We received income information about you from others (such as your employers, banks, mortgage holders, etc.). This information indicates that you should file a tax return for the tax year shown above.

**If you need wage and income information**

You can request a wage and income transcript on Form 4506-T (Request for Transcript of Tax Return), which is available electronically at www.irs.gov/formspubs. You can also find more information about requesting transcripts at www.irs.gov/transcript.

Please keep in mind that you must include all income you receive on your yearly return, whether it was reported to us or not. Income includes any cash transactions, self-employment income, or miscellaneous income you received from others. Please file your 2016 tax return and any other tax returns you haven't filed.



Department of the Treasury
Internal Revenue Service
PO BOX 24035
FRESNO CA 93779-4035

| Notice | CP518 |
|---|---|
| Tax Year | 2016 |
| Notice date | September 24, 2018 |
| Social Security number | XXX-XX-3900 |
| To contact us | 1-800-829-0922 |
| Select code | 38 |
| Page 5 of 6 | |



INTERNAL REVENUE SERVICE
PO BOX 24035
FRESNO CA 93779-4035
|||"||·|I·|lIIlIlll|ll·l|·|·l|"l·l|·|·l|·l||·l|·|·l|l|·|·

053385

**Fold here**

# Response form

If you've already filed your 2016 return, or
don't think you had to file one, complete both
sides of this form, and mail it to us using the
enclosed envelope. Be sure our address shows
through the window.

## Provide your contact information

If your address has changed, please make the changes below.

JOSEPH A SIKORA
19615 BETHEL CHURCH RD
MANCHESTER MI 48158-8721150

☐ a.m.          ☐ a.m.
☐ p.m.          ☐ p.m.

Primary phone number    Best time to call    Secondary phone number    Best time to call

---

## 1. Indicate which of the following circumstances apply to you

**If you already filed a tax return**

☐ I already filed my tax return for 2016, and completed the information below. If it has been more than 8 weeks since you filed your return, please enclose a signed and dated copy of the return as verification.

Name(s) shown on return

Form(s) filed

Tax return year(s)        Tax return date(s)

Your Social Security number(SSN)        Spouse's Social Security number(SPSSN)

**If the person addressed on this notice is deceased**

Date of death:_____

☐ I already filed a form 1041, Income Tax Return for Estates and Trusts, instead of a Form 1040

Name shown on tax return

Employer Identification number (EIN) listed on form 1041

Tax return year(s)



| Notice | CP518 |
|---|---|
| Tax Year | 2016 |
| Notice date | September 24, 2018 |
| Social Security number | XXX-XX-3900 |
| Select code | 38 |
| Page 6 of 6 | |

Indicate which of the following circumstances
apply to you -**continued**

---

**If you don't think you had to file a tax return for 2016**

Explain why you don't think you are required to file a tax return for 2016.

**Note:** the answers to these questions apply to the 2016 tax year only.

**My filing status was:**

❏ Head of Household      ❏ Single

❏ Married filing jointly      ❏ Qualified widow(er) with dependent child

❏ Married filing separately

**The following applied to me:**

❏ I was 65 or older      ❏ I am not a U.S. citizen or permanent resident

❏ I am blind      ❏ My work was performed in another country

❏ My spouse was 65 or older      ❏ I could be claimed as a dependent on someone

❏ My spouse is blind                 else's tax return

My total income

Reason for not filing

---

**If you have a refund from a prior year that you applied to your 2016 taxes or estimated tax payments for 2016 taxes**

❏ I want to apply the credit to another tax return:

     **Note:** You must file a return for 2016 to apply the prior year credit.

Tax form number      Tax year ending      SSN

❏ I want to receive the credit as a refund check.

     **Note:** You must file a tax return to be eligible for a refund even though you might not be required to file.

---

**2. Please sign and mail to us**

Under penalties of perjury, to the best of my knowledge and belief, I declare that all information I provided on this form, as well as all of the information in my attached income tax return and accompanying schedules and statements, is true, correct, and complete.

Signature                                  Date

```
                                            0866000000
                          Nov. 01, 2018  LTR 2800C  W2
                                   000000 00
                                            00089129
```

FORD MOTOR COMPANY
ONE AMERICAN ROAD STE 727E2                     $Exb \ \#6$
DEARBORN  MI  48126-2701


EMPLOYEE'S COPY

Employee: JOSEPH A SIKORA
Social security number:
Employer: FORD MOTOR CO

Dear JOSEPH A SIKORA

WHY WE ARE WRITING TO YOU?

Generally, the amount your employer withholds for federal income tax
is based on your Form W-4, Employee's Withholding Allowance
Certificate. However, the IRS may review whether you are entitled to
claim exempt status or a certain number of withholding allowances.

We determined that you aren't entitled to claim exempt status or more
than a specified number of withholding allowances. Therefore, you
were selected for the Withholding Compliance Program.

INSTRUCTIONS WE GAVE YOUR EMPLOYERS

We sent your employer a "lock-in letter" instructing your employer to
begin withholding income tax from your wages based on the following
withholding rate (marital status) and withholding allowances:

        Withholding rate (marital status): single
        Withholding allowances: 0000

We also instructed your employers not to honor your current
Form W-4 or a new Form W-4 from you, UNLESS it results in MORE
withholding than at the withholding rate and withholding allowances
shown above.

WHAT THIS CHANGE MEANS FOR YOU

This change in your withholding rate (marital status) and/or
withholding allowances will increase the amount of tax withheld from
your wages.

IF YOU DON'T AGREE

  - You can request a review of our determination. You can call us at
    the number listed below within 30 days from the date of this
    letter. We will consider your explanation why you are entitled
    to a different withholding rate and/or number of withholding
    allowances (or exempt status). If you file jointly, we will need

```
                                              0866000000
                          Nov. 01, 2018   LTR 2800C   W2
                                           000000 00
                                              00089130
```

FORD MOTOR COMPANY
ONE AMERICAN ROAD STE 727E2
DEARBORN   MI   48126-2701



043799

to determine the total number of withholding allowances you and
your spouse are entitled to claim.

For Internal Use Only

- When you call, have the following information available. If you
  file jointly, you must have the same information available for
  your spouse.

    1. Form W-4 and worksheets. (You must complete the "Two Earners/
       Multiple Jobs Worksheet" on the back of the Form W-4, if you
       have more than one job or your spouse works.)
    2. Most current pay stubs for all jobs.
    3. Number of withholding allowances you (and your spouse) are
       currently claiming on your Form(s) W-4.
    4. The social security number and date of birth for all dependents
       you are entitled to claim.
    5. A copy of the most recent tax return due, including all
       schedules, forms and attachments.
    6. If you file jointly, your spouse's complete name, social
       security number (SSN), and current employer.

- If you prefer you can write to us at the address listed below.
  Send a written statement requesting a redetermination and the
  information above to support your claim that you are entitled
  to a different withholding rate (marital status) and/or number of
  withholding allowances (or exempt status).

- If the information justifies a change to the withholding rate
  (marital status) and/or withholding allowances shown above, we
  will instruct your employer(s) to adjust your income tax
  withholding accordingly.

YOU COULD BE ASSESSED A PENALTY

If there is no reasonable basis to justify the withholding rate
(marital status), withholding allowances, or exempt status claimed on
the Form W-4 you furnished to your employer, you may be subject to a
$500 civil penalty under Internal Revenue Code Section 6682 for making
a false statement about your withholding.

```
                                          0866000000
                        Nov. 01, 2018  LTR 2800C  W2
                                   000000 00
                                          00089132
```

```
     FORD MOTOR COMPANY
     ONE AMERICAN ROAD STE 727E2
     DEARBORN  MI  48126-2701
```

043799

When you write, include this letter and provide in the spaces
below, your telephone number and the hours we can reach you.
Keep a copy of this letter for your records.

Telephone number (    )_____  Hours_____

.

                              For Internal Use O

```
                                                 0866000000
                       Nov. 01, 2018  LTR 2800C  W2
                                   000000 00
                                              00089131
```

```
FORD MOTOR COMPANY
ONE AMERICAN ROAD STE 727E2
DEARBORN  MI  48126-2701
```

For Internal Use Only

We aren't making a determination of your ultimate tax liability. You pay federal income tax through withholding or by making estimated tax payments throughout the year. Estimated tax is the method that can be used to pay tax on income that's isn't subject to withholding. If you don't pay enough tax throughout the year, you may have to pay a penalty for underpayment of estimated tax.

HOW YOU CAN BE RELEASED FROM THE WITHHOLDING COMPLIANCE PROGRAM

You must continue to file returns and pay your tax due. If you timely meet all your filing and payment obligations for three consecutive years, you can request that we release you from the Withholding Compliance Program.

WHERE YOU CAN FIND ADDITIONAL INFORMATION

 - Visit our website at www.irs.gov and search keyword "withholding compliance."
 - Publication 505, Tax Withholding and Estimated Tax.
 - For tax forms, instructions and publications, visit www.irs.gov or call 1-800-TAX-FORM (1-800-829-3676).

HOW TO CONTACT THE WITHHOLDING COMPLIANCE UNIT

You can call the Withholding Compliance Unit weekdays between 8 a.m. and 5 p.m. at 1-855-839-2235          .

You can send us the information by fax. Our fax number is 855-202-8300. Include a cover sheet giving the following information:

Date:
Name:
Phone number and hours we can reach you:
Social security number:
Number of faxed pages:

You can write to us at the address listed below:

```
Internal Revenue Service
Campus Collection, Andover
Withholding Compliance Unit
310 Lowell Street, Stop 837
Andover, MA 01810
```

0866000000
Nov. 01, 2018   LTR 2800C   W2
000000 00
00089128

FORD MOTOR COMPANY
ONE AMERICAN ROAD STE 727E2
DEARBORN  MI  48126-2701



043799

THIS PAGE LEFT INTENTIONALLY BLANK

**Employer: Provide this letter to your employee within 10 days of
receipt.**